Argued December 3, affirmed December 3, 1971, petition
for rehearing denied January 4, petition for review
denied March 8, 1972

STATE OF OREGON, *Respondent, v.* LARRY RAY
PROPPER (No. 19888), *Appellant.*

490 P2d 1283

*Ken C. Hadley,* Deputy Public Defender, Salem,
argued the cause for appellant. With him on the brief
was Gary D. Babcock, Public Defender, Salem.

*John L. Snyder,* District Attorney, Dallas, argued
the cause and filed the brief for respondent.

Before SCHWAB, Chief Judge, and LANGTRY and
THORNTON, Judges.

AFFIRMED FROM THE BENCH.